UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CLERK'S MINUTES

| CASE NO.: 8:18-cv-1070-T-02CPT | DATE: June 21, 2019 |
|---|---|
| HONORABLE WILLIAM F. JUNG | |
| CHRISTOPHER CARNEGIE,<br><br>    Plaintiff,<br><br>v.<br><br>FIRSTFLEET, INC. OF TENNESSEE,<br><br>    Defendant. | **PLAINTIFF COUNSEL**<br>Brandon J. Hill<br>Luis A. Cabassa<br>Felipe B. Fulgencio<br><br>**DEFENDANT COUNSEL**<br>Stefanie M. Mederos |
| **COURT REPORTER:** Nikki Peters | **DEPUTY CLERK:** Shameeka Olden |
| **TIME:** 9:25 AM - 9:30 AM<br>**TOTAL:** 5 minutes | **COURTROOM:** 15B |

**PROCEEDINGS:** FINAL APPROVAL OF CLASS ACTION SETTLEMENT HEARING

Mr. Hill and Ms. Mederos represented to the Court that there have been no objectors or requests for exclusion.

The Court noted there were no objectors present in the courtroom.

The Court signed the proposed Order Granting Plaintiff's Unopposed Motion for Award of Class Representative Service Award, Attorneys' Fees, and Costs and proposed Order Granting Final Approval to Class Action Settlement.

Defendant had no objections to the amount of attorneys' fees.