UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CHRISTOPHER CARNEGIE, individually
and on behalf of all others similarly situated,

      Plaintiff,

v.

      Case No. 8:18-CV-01070-02-CPT

FIRST FLEET, INC. OF TENNESSEE
d/b/a FIRST FLEET, INC.

      Defendant.
_____/

**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR AWARD OF CLASS REPRESENTATIVE SERVICE AWARDS, ATTORNEYS' FEES, AND COSTS**

**UPON DUE AND CAREFUL CONSIDERATION** of the procedural history of this case, together with the Plaintiff's counsel's written submission, it is **ORDERED AND ADJUDGED** that the Plaintiff's Unopposed Motion for a Class Representative Service Award, Attorneys' Fees and Costs, is **GRANTED**. Plaintiff's counsel is awarded a fee consisting of one-third of the common fund and costs totaling $4,716.94. The named Plaintiff, Christopher Carnegie, is awarded an incentive award of $10,000.

DONE and ORDERED this 21st day of June, 2019.

_____
UNITED STATES DISTRICT JUDGE
Honorable William F. Jung

Copies to:
Counsel of Record